# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RAY MCCOLLUM, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. CIV-19-211-G** |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Now before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell, entered November 26, 2019. No objection to the Report and Recommendation has been filed within the time allowed, and no extension of time in which to object has been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge (Doc. No. 23) is ADOPTED in its entirety. The decision of the Commissioner of Social Security is AFFIRMED.

IT IS SO ORDERED this 3rd day of January, 2020.

_____
CHARLES B. GOODWIN
United States District Judge